*11729*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ASIA PROJECT SERVICES LTD.,

      Plaintiff,

  - against -

SINOTRANS LIMITED,

      Defendant.
-------------------------------------------------------X



Case No. 07 CIV

NOTICE PURSUANT
FED. R. CIV. P. 7.1

    Pursuant to the Fed. R. Civ. P. 7.1(a), Plaintiff, **ASIA PROJECT SERVICES LTD.**, hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

    Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on October 3, 2007

                                Respectfully submitted,

                                JUNGE & MELE, LLP
                                *Attorneys for Plaintiff*

                                Peter A. Junge (PJ-0745)
                                29 Broadway
                                New York, NY 10006
                                (212) 269-0061

*11729 Rule 7.1 Notice.wpd*