A UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
OCT 2 4 2007
S.D. OF N.Y.

| | |
|---|---|
| ASIA PROJECT SERVICES LTD.<br>　　　　　　　　Plaintiff, | **CERTIFICATE OF MAILING** |
| -V- | |
| SINOTRANS LIMITED<br>　　　　　　　　Defendants. | 07 CV 8600 (GEL) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 24th day of October, 2007

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 4th day of October, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 7997 3927 6232

*J. Michael McMahon*
CLERK

Dated: New York, NY

# JUNGE & MELE, LLP

ATTORNEYS AND COUNSELORS AT LAW

29 BROADWAY
NEW YORK, NY 10006

(212) 269-0061
FAX: (212) 269-0515
AFTER HOURS: (914) 672-4000

PETER A. JUNGE
ARMAND P. MELE°

OF COUNSEL
ROBERT F. SLOAN**
BARBARA P. LAZARIS°°

E-MAIL: ATTORNEYS@JUNGE-MELE.COM
WEBSITE: HTTP://WWW.JUNGE-MELE.COM

ALSO ADMITTED IN NJ °
ADMITTED ONLY IN NJ **
ADMITTED ONLY IN MA °°

NEW JERSEY OFFICE:
PAMRAPO FINANCIAL CENTER
595 AVENUE C
BAYONNE, NJ 07002
(201) 823-1000
FAX: (201) 823-3097

ROCKLAND COUNTY OFFICE:
103 VAN HOUTEN FIELDS
WEST NYACK, NY 10994
TEL./FAX: (845) 358-5250

October 24, 2007

Aisha Bams, Deputy Clerk - ***By Hand Delivery***
U.S. District Court
500 Pearl Street
New York, NY 10007

RE: ASIA PROJECT SERVICES LTD. v. SINOTRANS LIMITED

FedEx | Ship Manager | Label 799739276232                                Page 1 of 1

From: Origin ID: FIDA (212) 269-0061
Peter Junge
Junge and Mele LLP
29 Broadway
9th Floor
New York, NY 10006
UNITED STATES

SHIP TO: 008610622966    BILL SENDER
**Gao Wei, Secreatary
Sinotrans Limited
Sinotrans Plaza, Room 1301
A43 Xizhimen, Beidajie**

**Beijing, 100044**
CN



Ship Date: 24OCT07
ActWgt: 1 LB
System#: 8504501/iNET7091
Account#: S ********          TotWgt: 1 LB
REF: 11729-PAJ
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: .00 USD
CUSTOMS VALUE: 1.00 USD
T/C: S 317120168     D/T: R
SIGN: Peter Junge
EIN/VAT:

TRK# 0430   7997 3927 6232     IP ENVELOPE     A2

**X4-AKAA**     PEK -CN  100044



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract

CONSIGNEE COPY - PLEASE PLACE IN POUCH

Shipping Label: Your shipment is complete This shipping label constitutes the air waybill for this shipment.
1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.

*11729 Letter to Deputy Clerk Aisha Bams 10-24-07.wpd*