*11729*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

**ASIA PROJECT SERVICES LTD.,**

                      Plaintiff,

  - against -

**SINOTRANS LIMITED,**

                      Defendant.
------------------------------------------------------------x

Case No.   07 CIV 8600
(Judge Lynch)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. P. 41 (a)

**PLEASE TAKE NOTICE** that there being no appearance or answer by Defendant, Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any party herein.

Dated in the City of New York on December 10, 2007

                      Respectfully submitted,

                      JUNGE & MELE, LLP
                      *Attorneys for Plaintiff*

          By: _____
                  Peter A. Junge (PJ-0745)

*11729 Notice of Voluntary Dismissal.wpd*